ACCEPTED
14-15-00412-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 4:11:06 PM
CHRISTOPHER PRINE
CLERK

1 4- 15-00412-CV & 14-15-00413-CV

No. _____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 4:11:06 PM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS**
**FOR THE FOURTEENTH DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

_____

## *In re*
## *GREG TODD,*
### *Relator*

_____

Judge Alicia Franklin, Respondent

_____

# PETITION FOR EMERGENCY MOTION TO STAY ENFORCEMENT AND MODIFICATION HEARINGS

**WANIES-GUIRGIS, PLLC**
Christina Wanies-Guirgis
Texas Bar No. **24084772**
9555 W. Sam Houston Pkwy S., Suite130
Houston, Texas 77099
Telephone (832) 582-8331
Facsimile (832) 379-7490
WaniesGuirgisLaw@Gmail.com


**ATTORNEY FOR RELATOR, GREG TODD**

# LIST OF PARTIES AND COUNSEL

Relator certifies that the following is a complete list of parties, attorneys, and any other person who has any interest in the outcome of this lawsuit:

**RELATOR**

Greg Todd
c/o Mrs. Christina Wanies-Guirgis
9555 W. Sam Houston Pkwy S., Ste. 130
Houston, Texas 77099

**COUNSEL FOR RELATOR**

Christina Wanies-Guirgis
WANIES-GUIRGIS, PLLC
9555 W. Sam Houston Pkwy S., Ste. 130
Houston, Texas 77099
Telephone: (832) 582-8331
Facsimile: (832) 379-7490

**RESPONDENT**

The Honorable Alicia Franklin
Judge Presiding, 311th Judicial District
201 Caroline
Houston, Texas 77002
Telephone: (713) 274-4580

**REAL PARTY IN INTEREST**

Katrina Hunter
c/o Marcia Zimmerman and Kristen Black
400 North Texas Avenue, Suite C
Webster, Texas 77598

**COUNSEL FOR REAL PARTY IN INTEREST**

Marcia Zimmerman
Kristen Black
The Zimmerman Law Firm
400 North Texas Avenue, Suite C
Webster, Texas 77598
Telephone: (281) 557-1300
Facsimile: (281) 557-1344

This motion is brought by Greg Todd, Movant who shows in support:

1.      On May 6, 2015, a Petition for Writ of Mandamus was filed with the Court of Appeals. The petition, if granted, will have a substantial effect on the enforcement and modification hearings that are scheduled for May 7, 2015, in Cause No. 2014-28650.

2.      In addition, an order against Movant would unfairly burden the Movant. Movant was not present at the December 18, 2014 hearing on the temporary orders, not due to his own volition or mistake. Movant was not given proper and adequate notice. Furthermore, counsel for Respondent, Katrina Hunter, and the court had knowledge and were put on notice of the Movant's schedule. Movant resides in Florida and scheduled his flight in accordance with his Christmas visitation. Movant informed all parties on numerous occasions that his flight landed in Houston, Texas at 8:25 P.M. on December 18, 2014. Despite their knowledge, Respondent's counsel scheduled the hearing date for December 18, 2014 at 9:00 A.M., thereby ensuring that the Movant could not attend the hearing.

3.      Further, Movant cannot attend the hearings scheduled for May 7, 2015 as he is an indigent living in Florida and has recently had knee replacement surgery and is prohibited from traveling.

4.      The subject matter of the aforementioned cause has been litigated in several courts, spanning three states and has lasted since 2008. Therefore, it is

imperative that the Movant be permitted to attend each and every hearing date in this case.

5.      *Relief Requested*

Movant respectfully asks the Court to order the trial court to stay the hearings pending a ruling on the Petition for Writ of Mandamus.

Greg Todd prays that the Court grant this motion.

Respectfully submitted,

*/s/ Christina Wanies-Guirgis*
Christina Wanies-Guirgis
Texas Bar Number 24084772
9555 W. Sam Houston Parkway S., Ste 130
Houston, Texas 77099
Tel: (832) 582-8331
Fax: (832) 379-7490
WaniesGuirgisLaw@gmail.com
**Attorney for Movant, Gregory Todd**

## Certificate of Service

I certify a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on May 6, 2015.

*/s/ Christina Wanies-Guirgis*
Christina Wanies-Guirgis

## CERTIFICATION OF SERVICE

I certify that a true copy of this Petition for Writ of Mandamus was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

| | |
|---|---|
| Party: | Katrina Hunter |
| Attorneys: | Marcia Zimmerman, Kristen A. Black, and Lindsay S. Lutterbie of the Zimmerman Law Firm, LLP |
| Address of service: | 400 N. Texas Ave., Suite C, Webster, Texas  77598 |
| Method of service: | Regular mail and 281-557-1344 |
| Date of service: | May 6, 2015 |

| | |
|---|---|
| Party: | The Honorable Alicia Franklin, Judge Presiding, 311th Judicial District |
| Address of service: | 201 Caroline, Houston, Texas 77002 |
| Method of service: | Regular mail and efiling |
| Date of service: | May 6, 2015 |

A copy of this notice is being filed with the appellate clerk in accordance with rule 25.1(e) of the Texas Rules of Civil Procedure.

/s/ Christina Wanies-Guirgis
Christina Wanies-Guirgis

**CERTIFICATE OF COMPLIANCE**

Pursuant to Texas Rules of Appellate Procedure 9.4, I hereby certify that this Petition of Writ of Mandamus contains 791 words. This is a computer-generated document created in Microsoft Word, using 14-point typeface for all text, except for footnotes which are in 12-point typeface. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

/s/ Christina Wanies-Guirgis
Christina Wanies-Guirgis
Attorney for Relator